UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EDGARDO SACASA

Plaintiff and all others similarly
situated under 29 USC 216(B),

CASE #: 08-23327-CIV-JORDAN

vs.

SOLDIER SECURING CORPORATION
ALBERSIS MAIRENA
aka ALVERCIS MAIRENA

**CLOSED CIVIL CASE**

Defendant.
_____/

## FINAL DEFAULT JUDGMENT PURSUANT TO 29 U.S.C 216(b) AS TO DEFENDANTS FOR CLAIM, FEES AND COSTS

Pursuant to 29 U.S.C. 216(b) it is hereby ordered and adjudged that the Plaintiff, c/o the Client Trust Account of J.H. Zidell P.A., take the following sums from Defendants SOLDIER SECURING CORPORATION and ALBERSIS MAIRENA AKA ALVERCIS MAIRENA jointly and severally, which sum shall bear interest at the legal rate from the date of this judgment onward and for which sum let execution issue:

Overtime Claim (2006):

Amount of half time per hour not compensated: $3.20 (based on 2006 Fla. MW rate)
Weeks: 34
Overtime hours per week: 70
Total wages unpaid and liquidated damages: $7,616 X 2 = $15,232

Overtime Claim (2007):

Amount of half time per hour not compensated: $3.33 (based on 2007 Fla. MW rate)
Weeks: 29
Overtime hours per week: 70
Total wages unpaid and liquidated damages: $6,759.90 X 2 = $13,519.80

Minimum Wage Claim (2006):

Amount of MW per hour not compensated: $.40 (based on 2006 Fla. MW rate)
Weeks: 34
Hours per week: 110
Total wages unpaid and liquidated damages: $1,496 X 2 = $2,992

Minimum Wage Claim (2007):

Amount of MW per hour not compensated: $.67 (based on 2007 Fla. MW rate)
Weeks: 29
Hours per week: 110
Total wages unpaid and liquidated damages: $2,137.30 X 2 = $4,274.60

**Fees and Costs:**

Further, pursuant to the Fair Labor Standards Act, Plaintiff's counsel J.H. Zidell, Esq. c/o J.H. Zidell, P.A. shall take the sum of $1,727.50 as fees and costs jointly and severally from said Defendants, the which sum shall bear interest at the legal rate from the date of this judgment onward and for which sum let execution issue. *This case is closed.*

DONE AND ORDERED in Chambers, Dade County, Fla. on this ___8th___ day of ___May___, 2009.

_____
U.S. DISTRICT COURT JUDGE


Copies to:   Counsel of Record
             Defendants